UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KIRK SHELTON,
    *Plaintiff*

v.

YURI WOZNY, et al,
    *Defendants*

C.A. No. _____
*{Superior Court No. PC-2014-2890}*

## PETITION FOR REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, Defendants, Yuri Wozny, Micheal Newman, Craig Allison, Alias Imondi, Nathan Gallison, Gary Correira, Mario Comella, Michael Tousignant, Paul King, and the City of Pawtucket, by and through its Treasurer, Joanna L'Heureux allege as follows:

1.    Yuri Wozny, Micheal Newman, Craig Allison, Alias Imondi, Nathan Gallison, Gary Correira, Mario Comella, Michael Tousignant, Paul King, and the City of Pawtucket, by and through its Treasurer, Joanna L'Heureux ("defendants"), are defendants in the civil action filed in Providence County Superior Court, entitled, *Kirk Shelton v. Yuri Wozny, et al; C.A. No. PC-2014-2890*.

2.    Attached hereto is a copy of the complaint filed in the case being removed, pursuant to Local Civil Rule 81(a).

3.    Upon information and belief, the complaint in the above described case was served on Defendants on or about June 14, 2014 and therefore, within thirty (30) days of filing this Notice of Removal. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

4.    The above described action, as stated in plaintiff's complaint, is one of which this

Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d).

5.      This Notice of Removal is filed on behalf of all defendants that have been served in this matter.

6.      A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7.      Within fourteen (14) days after filing this Notice of Removal, defendants shall file certified or attested copies of the docket sheets and all documents filed in the state court case, pursuant to Local Civil Rule 81(b).

               Defendants,
               By their attorneys,


               */s/Marc DeSisto*
               Marc DeSisto, Esq. (#2757)
               DESISTO LAW
               211 Angell Street
               Providence, RI 02906
               (401) 272-4442
               (401) 272-9937 fax
               marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that the within document has been electronically filed with the Court on this 10th day of July, 2014, and is available for viewing and downloading from the ECF system. Service on the counsel of record, as listed below, will be effectuated by electronic means:

Gil A. Bianchi, Jr., Esq. #6421
gbianchi@bbrilaw.com

Erica M. O'Connell, Esq. #7976
eoconnell@bbrilaw.com

/s/Marc DeSisto
Marc DeSisto